**IT IS ORDERED as set forth below:**

**Date: December 3, 2020**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**
Signed as Revised by the Court
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| MOUNTAIN PHOENIX, LLC, | CASE NO. 20-71358-jwc |
| DEBTOR. | |

### ORDER DISMISSING CASE

On November 4, 2020, the United States Trustee filed a Motion to Dismiss [Docket No. 5] (the "Motion"). The Motion came on for hearing on December 3, 2020. At the hearing, Thomas W. Dworschak appeared for the United States Trustee, Kim Reeves appeared on behalf of Tradeport Atlanta, LLC, and Andrew Gleason appeared on behalf of BMW Financial Services NA, LLC and BMW Bank of North America. Debtor did not file a response and did not appear at the hearing, although Debtor's principal Rich Successful appeared unrepresented and in his personal capacity. For the reasons stated on the record at the hearing, it is therefore

ORDERED that pursuant to 11 U.S.C. § 1112(b), the motion is granted, and case 20-71358-jwc is DISMISSED.

**END OF DOCUMENT**

Order prepared by:

NANCY J. GARGULA
UNITED STATES TRUSTEE

*/s/ Thomas W. Dworschak*

Thomas W. Dworschak, Trial Attorney
Attorney for the United States Trustee
Georgia Bar No. 236380
United States Department of Justice
Office of the United States Trustee
Suite 362, Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 331-4437
Thomas.W.Dworschak@usdoj.gov

**DISTRIBUTION LIST**

ALL PARTIES ON THE MAILING MATRIX